**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **NO. 3:25-cr-00097-2** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **MARQUAN IKEARD** | ) | |

## <u>ORDER</u>

Pending before the Court is the United States' Motion to Dismiss (Doc. No. 29), requesting that the Court dismiss the Indictment against Defendant Marquan Ikeard without prejudice. As grounds, the United States submits Defendant was indicted on two counts of felon in possession, but the underlying felony conviction was not final until after the dates of the possession. The motion (Doc. No. 29) is **GRANTED**, and the Indictment (Doc. No. 1) against Defendant Marquan Ikeard is **DISMISSED** without prejudice

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE